THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Roy Steven Grindle,       
Appellant.
 
 
 

Appeal From Anderson County
J. C. Buddy Nicholson, Jr., Circuit Court Judge

Unpublished Opinion No.  2005-UP-213
Submitted March 1, 2005  Filed March 24, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia;  and Solicitor Druanne Dykes White, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Roy Steven Grindle appeals his convictions for involuntary manslaughter and possession of a sawed-off shotgun.  Grindles appellate argues on appeal that the trial court should have directed a verdict of acquittal.  Counsel attached to the final brief a petition to be relieved as counsel, stating she reviewed the record and concluded Grindles appeal is without merit.  Grindle filed a pro se response alleging the trial court lacked subject matter jurisdiction to try him for possession of a sawed-off shotgun.
After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and STILWELL, JJ., concur.

[1] 
We decide this case without oral argument pursuant to Rules 215 and
220(b)(2), SCACR.